# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2024-2679

———————————————

MICHAEL RAMSEY,

    Appellant,

v.

STATE OF FLORIDA
DOC/DIVISION OF RISK
MANAGEMENT,

    Appellee.

———————————————

On appeal from the Office of the Judges of Compensation Claims.
Timothy S. Stanton, Judge.

Date of Accident: April 13, 2018.

November 14, 2025

PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and BILBREY, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

James Robert Spears, of Law Office of James R. Spears, PLLC, Orlando, for Appellant.

Pamela J. Cox, of PJCox Law, P.A., Maitland, for Appellee.